UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JOSEPH EDWARD VYSE                          CASE NUMBER: 13-31690
Debtor                                      CHAPTER 13

SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on September 26, 2013

On June 19, 2013, Joseph Vyse, by counsel, filed his Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller was the only party in interest who timely filed an objection to confirmation of the Debtor's Plan. On August 29, 2013, the Court held a hearing on confirmation of the Plan at which time Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtor, thereby satisfying the Trustee's objection to confirmation.

Reviewing the Debtor's Plan and the terms of the parties' agreement, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal or discharge.

3. To meet the disposable income test, timely filed and allowed general unsecured creditors shall receive a minimum distribution of $24,185.40.

13-31690 Vyse
Confirmation Order

4. Debtor shall notify his Attorney of any and all bonuses received during the life of the

Plan, within thirty (30) days of receipt of said bonus. It will be determined at that

time, if and how much shall be owed to the Estate.

All other provisions of the Debtor's Plan not in conflict with the foregoing modifications

remain in full force and effect.

The Court further orders that the Debtor's attorney is awarded a fee of $4,000.00 as an

administrative expense under 11 U.S.C §503(b)(1)(A), of which $2,982.00 is due and payable

from the estate.


APPROVED:

/s/ Debra L. Miller, Trustee                      /s/ James Tamke, Esq.
Debra L. Miller, Trustee                          James Tamke, Esq.
Standing Chapter 13 Trustee                       Attorney for Debtor



SO ORDERED.


_____
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT